## Andrews Steel Company v. Louisville & Nashville Railroad Company.

(Decided October 9, 1925.)

### Appeal from Campbell Circuit Court.

J. V. NORMAN, FRANK V. BENTON, C. W. YUNGBLUT and L. W. SCOTT for appellant.

J. C. WRIGHT, MATT HEROLD and WOODWARD, WARFIELD & DAWSON for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Reversing.

This is a companion case to that of Andrews Steel Co. v. James C. Davis, Director General of Railroads, 210 Ky. 473, 275 S. W. —. For the reasons stated in that opinion, the judgment in this case is reversed, with instructions to dismiss the petition.